**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2367 ADM/AJB**

| | |
|---|---|
| Karen Schmitz,<br><br>Plaintiff,<br>v.<br><br>Accent Service Company,<br><br>Defendant. | **NOTICE FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff, Karen Schmitz, and her attorneys that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or attorneys' fees, or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

BY: ______________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 026657?
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

CONSUMER JUSTICE CENTER, P.A.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

Dated: Nov. 8, 2000

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: November 14, 2000

Ann D. Montgomery
United States District Court Judge